**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Shaquia Jordan,  :<br>  :<br>    Plaintiff,  :<br>   v.  :  Civil Action No.: 1:13-cv-10697-RBC<br>  :<br>EOS CCA; and  :<br>DOES 1-10, inclusive,  :<br>  :<br>    Defendants.  :<br>  : | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 3, 2013

                                               Respectfully submitted,

                                               PLAINTIFF, Shaquia Jordan

                                               /s/ Sergei Lemberg

                                               Sergei Lemberg, Esq.
                                               B.B.O. No.: 650671
                                               **LEMBERG & ASSOCIATES L.L.C.**
                                               1100 Summer Street, 3rd Floor
                                               Stamford, CT 06905
                                               Telephone: (203) 653-2250
                                               Facsimile: (203) 653-3424
                                               slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 3, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg
              Sergei Lemberg